IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mark A. Mays, | : | |
| Plaintiff | : | Civil Action 2:11-cv-986 |
| v. | : | Judge Sargus |
| William D. Mason, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER DISMISSING CASE

On November 17, 2011, the Court issued a deficiency order, advising Plaintiff that he had failed to either pay the $350.00 filing fee or move for leave to proceed *in forma pauperis*, and requiring him to comply within twenty-eight days. In addition, the Court required Plaintiff to file an amended complaint that adequately explained the nature of his claim. Plaintiff failed to respond. On December 29, 2011, the Court issued an order for Plaintiff to show cause why this action should not be dismissed for want of prosecution. Plaintiff did not respond.

It is therefore **ORDERED** that this case be, and is, **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

1-17-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE