AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARK A. MAYS,**

    **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

**WILLIAM D. MASON,**          **CASE NO. C2-11-986**
                                        **JUDGE EDMUND A. SARGUS, JR.**
    **Defendant.**              **MAGISTRATE JUDGE MARK R. ABEL**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed January 27, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 27, 2012                     JAMES BONINI, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk